## Commonwealth *v.* Gaito, Appellant.

Submitted November 9, 1970. *H. David Rothman*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Garvin, Appellant.

Submitted December 11, 1970. *Neil Leibman*, for appellant; *Stephen J. Margolin* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Asssistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.